UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CARROLL,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT and HOLMES,<br><br>    Defendants. | Case No. 1:20-cv-00086-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

    Plaintiff is a federal prisoner proceeding *pro se* in this civil rights action. Plaintiff filed the complaint commencing this action on January 15, 2020. Plaintiff has not paid the $400.00 filing fee or submitted a complete application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a form application to proceed in forma pauperis; and
2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **January 21, 2020**          /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE

1